**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7323**

GREGORY SEAN HENRY,

                Petitioner - Appellant,

        v.

UNITED STATES OF AMERICA,

                Respondent - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:21-cv-00445-TDS-JEP; 1:98-cr-00052-TDS-1)

Submitted:  April 29, 2024                          Decided:  May 16, 2024

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  William Mallory Kent, KENT & MCFARLAND, Jacksonville, Florida, for Appellant.  Sandra J. Hairston, United States Attorney, Julie C. Niemeier, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Sean Henry appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing Henry's petition for a writ of error coram nobis. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Henry v. United States*, No. 1:21-cv-00445-TDS-JEP (M.D.N.C. Sept. 23, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*